# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-512-MJP |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| JAMES EDWARD GRATTON, | |
| Defendant. | |

      An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 6, 2010.  The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Allen Bentley.

      The defendant had been charged and convicted of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349.  On or about January 31, 2006, defendant was sentenced by the Honorable Marsha J. Pechman, to a term of 60 months in custody, to be followed by 5 years of supervised release.

      The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, $112,517.45 restitution, search, DNA collection, abstain from the use of alcohol and/or all other intoxicants, maintain a single checking account in his name,

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

if the defendant maintains interest in any business or enterprise, must disclose business records to the probation office, disclose all assets and liabilities, prohibited from incurring new credit charges, opening additional lines of credit or obtaining a loan without approval of the probation officer, and shall not obtain or possess any driver's license, social security number, birth certificate, passport, or any other form of identification in any other name other than defendant's true legal name..

In a Petition for Warrant or Summons, dated March 24, 2010, U.S. Probation Officer Joe G. Mendez asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to submit monthly reports within the first five days of every month for the months of January and February, 2010, in violation of standard condition #2.

(2) Failing to submit to drug testing on January 6, and 21, 2010, February 4 and 19, 2010, and March 2, 2010, in violation of special condition #3.

(3) Failure to participate in drug treatment at Pioneer Human Services as directed by the probation officer on December 15, 2009, in violation of a special condition #5.

(4) Committing the crime of Possession of Stolen Property in Seattle, Washington, on or about February 16, 2010, in violation of the general condition that he not commit a federal, state, or local crime.

On April 6, 2010, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. Defendant admitted to violations 1, 2 and 3, and denied violation 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations, 1, 2 and 3, and recommend the Court conduct an evidentiary hearing on alleged violation 4, combined with a disposition hearing on

1 admitted violations 1, 2 and 3.  A disposition hearing on violations 1, 2 and 3, and an

2 evidentiary hearing on violation 4, have been set before the Honorable Marsha J. Pechman on

3 April 22, 2010 at 10:30 a.m.

4 Pending a final determination by the Court, the defendant has been detained.

5 DATED this 6th day of April, 2010.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable Marsha J. Pechman
     AUSA:                   Steven Masada
     Defendant's attorney:   Allen Bentley
     Probation officer:      Joe G. Mendez

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3